IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) |
| HI-POINT, MODEL C9, 9MM PISTOL, SERIAL NUMBER P1311801 AND AMMUNITION; | )<br>)<br>)<br>)<br>) |
| ROSSI, MODEL M971, 357 REVOLVER, SERIAL NUMBER F132558 AND AMMUNITION; AND | )<br>)<br>)<br>) |
| APPROXIMATELY $10,545 IN UNITED STATES CURRENCY ALL SEIZED FROM DONTAY ARMSTRONG ON JANUARY 21, 2020 IN CHARLOTTE, NORTH CAROLINA | )<br>)<br>)<br>)<br>)<br>) |

Civil No. 3:22-cv-00224

## ORDER OF DEFAULT JUDGMENT

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. No. 7). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property: **(1) a Hi-Point, model C9, 9mm pistol, serial number P1311801, (2) a Rossi, model M971, 357 revolver, serial number F132558 and ammunition, and (3) approximately $10,545 in United States currency all seized from Dontay Armstrong on January 21, 2020.**

Signed: July 28, 2022

Robert J. Conrad, Jr.
United States District Judge